IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PATRICK SMITH,** | : | |
| | : | CASE NO. **1:05 CV 813** |
| Plaintiff, | : | |
| | : | JUDGE MICHAEL R. BARRETT |
| v. | : | |
| | : | Magistrate Judge Hogan |
| **LOWE'S HOME CENTERS, INC.**, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

By agreement between Plaintiff Patrick Smith and Defendant Lowe's Home Centers, Inc., the claims filed against Defendant Lowe's Home Centers, Inc. are hereby dismissed with prejudice.  Costs paid.


*/s/Martin McHenry*
Martin McHenry, Esq. (0022543)
Trial Attorney for Plaintiff
Haverkamp, Brinker, Rebold & Riehl Co., LPA
5856 Glenway Avenue
Cincinnati, Ohio  45238
(513) 922-3200 / Fax: (513) 922-8096
mmchenr@hbrr-law.com


*/s/Charles C. Warner*
Charles C. Warner (0023052)
Trial Attorney for Defendant
Porter Wright Morris & Arthur LLP
41 South High Street
Columbus, Ohio 43215-6194
(614) 227-2013 /Fax:  (614) 227-2100
cwarner@porterwright.com